01-15-01101-CR



**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 9:39:24 AM
CHRISTOPHER A. PRINE
Clerk

December 28, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin, 2nd floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: The State of Texas vs. Quentin Lionel Laws**
**CASE NUMBER: 11CR3580**
**405th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 11/06/15**
> **Notice of Appeal: 11/24/2015**
> **Motion for New Trial: N/A**
> **Offense Convicted of: THEFT PROP>=$1,500<$20K**
> **Judgment and Sentence: Twenty Two (22) Months State Jail Division, TDCJ**
> **Trial Judge: Michelle Slaughter**
> **Court Reporter: Cylena Korkmas**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _Tracy Petermann_
Tracy Petermann

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

11CR3580
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1149848



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137


CC: Calvin D Parks, Attorney for Appellant
2925 Gulf Freeway Suite B-295
League City TX 77573


CC: Cylena Korkmas, Court Reporter
600 59th Street
Galveston, Texas 77551

CAUSE NO. 11-CR-3580

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF GALVESTON COUNTY, TEXAS |
| | § | |
| QUENTIN LIONEL LAWS | § | 405th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HON. MICHELLE M. SLAUGHTER, PRESIDING JUDGE OF SAID COURT:

Quentin Lionel Laws, defendant, within 30 days of sentencing, files this notice of appeal to the First or Fourteenth Court of Appeals of the conviction in Cause No. 11-CR-3580.

Respectfully submitted,

By: _____
MARK ARONOWITZ
Attorney for Defendant
State Bar No.: 00793281
P.O. Box 1201
Texas City, TX 77592-1201
Tel.: (281) 402-6780
Fax: (281) 715-4284
Email: markaronowitz@hotmail.com

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on November 24, 2015.

_____
MARK ARONOWITZ
